UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA

Plaintiff,

v.

JOSE L. NINO DE GUZMAN JR.,

Defendant.

Case No. CR11-245-RSL

**DETENTION ORDER**

Offense charged:

Wire Fraud and Money Laundering.

Date of Detention Hearing: August 2, 2011.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

The government proffered evidence that established defendant poses a serious risk of flight and also poses an economic danger to the community. First, defendant has engaged in

DETENTION ORDER - 1

egregious and serious fraudulent conduct and has stolen millions of dollars from over a hundred investors. His modus operandi according to the government is theft through elaborate lies and misrepresentations. Second, the defendant appears to be continuing with his criminal conduct by creating new companies to commit fraud or associating with the new companies engaged in such conduct. Third, defendant has unexplained sources of income. About $70,000 was funneled from some of the new companies defendant is associated with through a bank account set up by defendant's father over a six month period. The government also indicated he has spent about $9,000 over a six month period at clubs, hotels and for alcoholic drinks. Fourth defendant sent six million dollars to Peru and has set up an account in that country. The government indicates two million dollars are unaccounted for. Fifth, defendant has been able to evade law enforcement for a significant period of time. He has done this by using bank accounts created by his father, and using credit cards of other individuals.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 2nd day of August, 2011.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 3