1

2

3

4

5          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
6                    AT SEATTLE

7
    UNITED STATES OF AMERICA,
8                                              Case No.  CR11-245RSL
                    Plaintiff,
9          v.                                  ORDER DENYING MOTION
                                               TO REOPEN THE
10  JOSE L. NINO DE GUZMAN, JR.,                DETENTION HEARING

                    Defendant.
11

12          This matter comes before the Court on defendant's "Motion and Memorandum to

13  Reopen the Detention Hearing" (Dkt. # 69).  Having considered the facts set forth in the

14  motion, the government's response and the remainder of the record, the Court does not

15  find any circumstances warranting the reopening of the detention hearing and therefore,

16  DENIES defendant's motion (Dkt. # 69).

17          DATED this 3rd day of May, 2013.

18

19

20                                     _____
                                       Robert S. Lasnik
21                                     United States District Judge

22

23

24

25

26  ORDER DENYING MOTION TO
    REOPEN DETENTION HEARING - 1